IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL COMPANY OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>LEAH DENISE REMINGTON; EVZENIE J. BOND, as mother and Natural Guardian of D.R.R., a minor; BELINDA J. NAVA; TERRY G. CHANCE; and RONNIE L. CHANCE,<br><br>            Defendants.<br>_____ | 2:12-cv-02821-GEB-CMK<br><br><u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE</u> |

The Joint Status Report filed February 19, 2013, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on March 4, 2013, is continued to May 13, 2013, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference. Plaintiff shall address in the joint status report its efforts to prosecute the Complaint and/or how the action should proceed without the appearance of one or more defendants.

Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to serve Defendant Evzenie Bond with process within the 120 day period prescribed in that Rule may result in the unserved defendant being dismissed. To avoid dismissal, on or before March 18, 2013, Plaintiff shall file proof of service for this

defendant or a sufficient explanation why service was not effected within Rule 4(m)'s prescribed service period.

　　　　IT IS SO ORDERED.

Dated:  February 28, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge