1
2
3
4
5               IN THE UNITED STATES DISTRICT COURT
6           FOR THE EASTERN DISTRICT OF CALIFORNIA
7
8  THE PRUDENTIAL COMPANY OF        )
   AMERICA,                          )    2:12-cv-02821-GEB-CMK
9                                    )
                Plaintiff,           )
10                                   )    ORDER DIRECTING PLAINTIFF TO
        v.                           )    FILE REFERENCED ATTACHMENT
11                                   )    AND CONTINUING STATUS
   LEAH DENISE REMINGTON; EVZENIE    )    (PRETRIAL SCHEDULING)
12 J. BOND, as mother and Natural    )    CONFERENCE
   Guardian of D.R.R., a minor;      )
13 BELINDA J. NAVA; TERRY G.         )
   CHANCE; and RONNIE L. CHANCE,     )
14                                   )
                Defendants.          )
15 _____  )

16        Plaintiff states in the Amended Joint Status Report filed

17 April 29, 2013 ("JSR") that "there is a related action concerning the

18 DNA testing of the paternity of D.R.R. pending in the Superior Court of

19 the State of California, In and For the County of Shasta" and that a

20 copy of a February 11, 2013 Order issued in the state litigation "*is

21 attached [to the JSR] as **Exhibit A**.*" (JSR 7:20-23.) However, no document

22 was attached as an exhibit to the JSR. Therefore, Plaintiff shall file,

23 no later than May 10, 2013, the February 11, 2013 Order referenced in

24 the JSR and stated to be attached to the JSR as Exhibit A.

25        Further, the Status (Pretrial Scheduling) Conference scheduled

26 for hearing on May 13, 2013, is continued to July 8, 2013, at 9:00 a.m.

27 A further status report shall be filed no later than fourteen (14) days

28 prior to the Status Conference, in which Plaintiff shall address

1  Defendant Evzenie Bond's efforts to obtain counsel and how the action

2  should proceed without the appearance of any defendant.

3          IT IS SO ORDERED.

4  Dated:  May 2, 2013

5

6  _____
   GARLAND E. BURRELL, JR.

7  Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28