IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL COMPANY OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LEAH DENISE REMINGTON; EVZENIE J. BOND, as mother and Natural Guardian of D.R.R., a minor; BELINDA J. NAVA; TERRY G. CHANCE; and RONNIE L. CHANCE,<br><br>        Defendants.<br>_____ | 2:12-cv-02821-GEB-CMK<br><br><u>ORDER DIRECTING PLAINTIFF TO FILE REFERENCED ATTACHMENT AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u> |

        Plaintiff states in the Amended Joint Status Report filed April 29, 2013 ("JSR") that "there is a related action concerning the DNA testing of the paternity of D.R.R. pending in the Superior Court of the State of California, In and For the County of Shasta" and that a copy of a February 11, 2013 Order issued in the state litigation "*is attached [to the JSR] as **Exhibit A**.*" (JSR 7:20-23.) However, no document was attached as an exhibit to the JSR. Therefore, Plaintiff shall file, no later than May 10, 2013, the February 11, 2013 Order referenced in the JSR and stated to be attached to the JSR as Exhibit A.

        Further, the Status (Pretrial Scheduling) Conference scheduled for hearing on May 13, 2013, is continued to July 8, 2013, at 9:00 a.m. A further status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which Plaintiff shall address

1  Defendant Evzenie Bond's efforts to obtain counsel and how the action
2  should proceed without the appearance of any defendant.
3         IT IS SO ORDERED.
4  Dated:  May 2, 2013

    _____
    GARLAND E. BURRELL, JR.
    Senior United States District Judge