IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL COMPANY OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEAH DENISE REMINGTON; EVZENIE J. BOND, as mother and Natural Guardian of D.R.R., a minor; BELINDA J. NAVA; TERRY G. CHANCE; and RONNIE L. CHANCE,<br><br>　　　　Defendants.<br>_____ | 2:12-cv-02821-GEB-CMK<br><br><u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u> |

　　　　The Status (Pretrial Scheduling) Conference scheduled for hearing on July 8, 2013, is continued to September 16, 2013, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which the parties shall address the status of the paternity testing referenced in the June 24, 2013 Joint Status Report (ECF No. 30). If results from the referenced paternity test are not available by the time the joint status report is due to be filed, the parties shall indicate in the status report when the paternity test is scheduled to occur and when its results are expected to be available.

　　　　IT IS SO ORDERED.

Dated:  July 5, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1