UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL COMPANY OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>LEAH DENISE REMINGTON; EVZENIE J. BOND, as mother and Natural Guardian of D.R.R., a minor; BELINDA J. NAVA; TERRY G. CHANCE; and RONNIE L. CHANCE,<br><br>        Defendants. | No. 2:12-cv-02821-GEB-CMK<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

        The Status (Pretrial Scheduling) Conference scheduled for hearing on September 16, 2013, is continued to October 28, 2013, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which the parties shall address the status of this interpleader action in light of the paternity test results filed on September 9, 2013 (ECF No. 37).

Dated:  September 10, 2013

                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge

1