1

2

3

4                      UNITED STATES DISTRICT COURT

5                    EASTERN DISTRICT OF CALIFORNIA

6

7   THE PRUDENTIAL COMPANY OF          No. 2:12-cv-02821-GEB-CMK
    AMERICA,
8

9            Plaintiff,
                                        ORDER CONTINUING STATUS
10       v.                             (PRETRIAL SCHEDULING) CONFERENCE

11  LEAH DENISE REMINGTON;
    EVZENIE J. BOND, as mother
12  and Natural Guardian of
    D.R.R., a minor; BELINDA J.
    NAVA; TERRY G. CHANCE; and
13  RONNIE L. CHANCE,

14           Defendants.

15

16          The Status (Pretrial Scheduling) Conference scheduled

17  for hearing on September 16, 2013, is continued to October 28,

18  2013, at 9:00 a.m. A further joint status report shall be filed

19  no later than fourteen (14) days prior to the Status Conference,

20  in which the parties shall address the status of this

21  interpleader action in light of the paternity test results filed

22  on September 9, 2013 (ECF No. 37).

23

        Dated:  September 10, 2013
24                                      _____
                                        GARLAND E. BURRELL, JR.
25                                      Senior United States District Judge

26

27

28

                                     1