1

2

3

4                    UNITED STATES DISTRICT COURT

5                  EASTERN DISTRICT OF CALIFORNIA

6

7   THE PRUDENTIAL COMPANY OF          No. 2:12-cv-02821-GEB-CMK
    AMERICA,
8
                Plaintiff,
9                                      ORDER CONTINUING STATUS
                                       (PRETRIAL SCHEDULING) CONFERENCE
10       v.

11  LEAH DENISE REMINGTON;
    EVZENIE J. BOND, as mother
12  and Natural Guardian of
    D.R.R., a minor; BELINDA J.
13  NAVA; TERRY G. CHANCE; and
    RONNIE L. CHANCE,
14
                Defendants.
15

16          The Joint Status Report filed October 14, 2013 ("JSR"),

17  reveals this case is not ready to be scheduled. The parties state

18  in the JSR, in relevant part, as follows:

19          In light of the recent paternity test
            results, Defendants Belinda J. Nava, Terry G.
20          Chance, Ronnie L. Chance, and Leah Denis
            Remington have agreed to disclaim their
21          interests to the Death Benefit and will
            execute disclaimers to that effect.
22
            . . . .
23
            . . . . Since the DNA results confirmed that
24          the Insured was the father of D.R.R., the
            Defendants agree that D.R.R. is entitled to
25          the Death Benefit.

26          . . . .

27          . . . . If all issues are resolved to the
            Court's satisfaction, Prudential intends on
28

                                   1

1          submitting a joint motion to distribute the
           Death Benefit to Evenzie Bond, as mother and
2          Natural Guardian of D.R.R., and subsequent
           dismissal of this action with prejudice.

3

4    (JSR 5:21-23, 6:21-22, 7:7-10, ECF No. 43.)

5          Therefore, the Status (Pretrial Scheduling) Conference

6    scheduled for hearing on October 28, 2013, is continued to

7    January 21, 2014, at 9:00 a.m. A further joint status report

8    shall be filed no later than fourteen (14) days prior to the

9    Status Conference. The parties shall propose in the joint status

10   report a plan to disburse the interpleader funds that protects

11   D.R.R.'s interests. Since a related action concerning the

12   paternity of D.R.R. is pending in the Shasta County Superior

13   Court, in which Evenzie Bond has been appointed Guardian ad Litem

14   of D.R.R., a proposed order should be prepared transferring the

15   funds to that Court if it is opined that the Shasta County

16   Superior Court should oversee the D.R.R. funds.

17        Dated:  October 22, 2013

18

19        _____

20        GARLAND E. BURRELL, JR.
          Senior United States District Judge

21

22

23

24

25

26

27

28

                                2