UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL COMPANY OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEAH DENISE REMINGTON; EVZENIE J. BOND, as mother and Natural Guardian of D.R.R., a minor; BELINDA J. NAVA; TERRY G. CHANCE; and RONNIE L. CHANCE,<br><br>　　　　　Defendants. | No. 2:12-cv-02821-GEB-CMK<br><br><u>ORDER CONTINUING STATUS</u><br><u>(PRETRIAL SCHEDULING) CONFERENCE</u> |

　　　　The Joint Status Report filed October 14, 2013 ("JSR"), reveals this case is not ready to be scheduled. The parties state in the JSR, in relevant part, as follows:

> In light of the recent paternity test results, Defendants Belinda J. Nava, Terry G. Chance, Ronnie L. Chance, and Leah Denis Remington have agreed to disclaim their interests to the Death Benefit and will execute disclaimers to that effect.
>
> . . . .
>
> . . . . Since the DNA results confirmed that the Insured was the father of D.R.R., the Defendants agree that D.R.R. is entitled to the Death Benefit.
>
> . . . .
>
> . . . . If all issues are resolved to the Court's satisfaction, Prudential intends on

1

submitting a joint motion to distribute the Death Benefit to Evenzie Bond, as mother and Natural Guardian of D.R.R., and subsequent dismissal of this action with prejudice.

(JSR 5:21-23, 6:21-22, 7:7-10, ECF No. 43.)

Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on October 28, 2013, is continued to January 21, 2014, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference. The parties shall propose in the joint status report a plan to disburse the interpleader funds that protects D.R.R.'s interests. Since a related action concerning the paternity of D.R.R. is pending in the Shasta County Superior Court, in which Evenzie Bond has been appointed Guardian ad Litem of D.R.R., a proposed order should be prepared transferring the funds to that Court if it is opined that the Shasta County Superior Court should oversee the D.R.R. funds.

Dated: October 22, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2